Commonwealth *v.* McDowell, Appellant.

Argued April 12, 1971. *Stanton D. Levenson,* with him *Levenson & Snyder,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.